IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE BAKER                                                                                   PLAINTIFF

v.                              Case No. 5:17cv00012-KGB-JTK

RORY GRIFFIN, *et al*.                                                               DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 74). There have been no objections filed, and the time to file objections has passed. Also before the Court is defendants' motion for sanctions (Dkt. No. 70). After a review of the Proposed Findings and Recommendations, the Court adopts them in their entirety.

Therefore, the Court:

1.  grants in part defendants' motion for sanctions with respect to the dismissal of plaintiff Lee Baker's complaint (Dkt. No. 70) and

2.  dismisses without prejudice Mr. Baker's complaint for failure to prosecute.

It is so ordered, this the 29th day of June, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE