# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LEE BAKER**                                                                                                                 **PLAINTIFF**

**v.**                          **Case No. 5:17cv00012-KGB-JTK**

**RORY GRIFFIN,** *et al*.                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case is dismissed without prejudice for failure to prosecute. The relief sought is denied.

It is so adjudged, this the 29th day of June, 2018.

 

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE